# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANGELA HEARN, individually and
on behalf of a class of similarly
situated persons,

      Plaintiff,

v.                                                       Case No.   3:25-cv-525-MMH-SJH

AANIIIH NAKODA FINANCE,
LLC, d/b/a Bright Lending, et al.,

      Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 16; Notice) filed on June 29, 2025. In the Notice, Plaintiff advises the Court that she and Defendant Clarity Services, Inc. have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. All parties who have appeared in this matter[1] shall have until **August 29, 2025**, to file a joint stipulation of dismissal or other

---

[1] To be effective, the stipulation must be signed by all parties who have appeared in this matter. See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1034 (11th Cir. 2023); see also Sanchez v. Disc. Rock & Sand, Inc., 84 F.4th 1283, 1291-92 (11th Cir. 2023). This includes any parties who have already been dismissed from this lawsuit. See City of Jacksonville, 82 F.4th at 1038.

appropriate documents to close out the claims raised against Defendant Clarity Services, Inc.

2. If the parties have not filed settlement pleadings or a request for additional time by the **August 29, 2025**, deadline, these claims will automatically be deemed to be dismissed without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of June, 2025.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record