UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGELA HEARN, etc.,

    Plaintiff,

v.                                                              CASE NO. 3:25-cv-525-MMH-SJH

AANIIIH NAKODA FINANCE, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Clerk's Entry of Default Against Defendant Total Management, Inc. ("Motion"). Doc. 33. The Motion is due to be **denied without prejudice**.

The Motion "fails to comply with Local Rule 3.01(a) by failing to include a memorandum of legal authority in support." *See Staley v. Health First, Inc.*, No. 6:24-cv-621-CEM-LHP, 2024 WL 2815858, at *1 (M.D. Fla. June 3, 2024); *see also Gardner v. Mutz*, 488 F. Supp. 3d 1204, 1207 (M.D. Fla. 2020) ("[T]he Motion violates Local Rule 3.01(a) because it fails to include a memorandum of law. . . . The Motion is little more than one page long in substance and merely mentions Federal Rule of Civil Procedure 15(a)(2) in one sentence, which falls far short of being a memorandum of law."). Proper service is a prerequisite to a clerk's default, but the Motion fails to adequately address, with citations to authority, that service of process on Total Management, Inc. was proper. *See Staley*, 2024 WL 2815858, at *1.

Accordingly, Plaintiff's Motion (Doc. 33) is **denied without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on August 26, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record